UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARDENER JAMES DOANE, an individual,

    Plaintiff,

    v.

FIRST FRANKLIN FINANCIAL CORPORATION, SUMMIT FUNDING, HOME LOAN SERVICES, a division of GLOBAL MARKETS & INVESTMENT BANKING GROUP, MERRILL LYNCH & CO., INC., MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST 2007-2; FIRST FRANKLIN MORTGAGE TRUST 2007-2;, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., QUALITY LOAN SERVICE COMPANY, and DOES 1-10, inclusive,

    Defendants.

_____/

NO. CIV. 2:10-947 WBS KJM

ORDER OF RECUSAL

----oo0oo----

    Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>,

1

1 | Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
2 |     IT IS THEREFORE ORDERED that the Clerk of the Court
3 | reassign this case to another judge for all further proceedings,
4 | making appropriate adjustments in the assignments of civil cases
5 | to compensate for such reassignment.  All dates pending before
6 | the undersigned are hereby vacated.
7 | DATED: April 27, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE