UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARDENER JAMES DOANE,             No. 2:10-cv-00947-MCE-GGH

    Plaintiff,

  v.                           <u>MEMORANDUM AND ORDER</u>

MERRILL LYNCH FIRST FRANKLIN
MORTGAGE, et al.,

    Defendants.

----oo0oo----

    This action arises out of a mortgage loan transaction in which Plaintiff Gardener James Doane ("Plaintiff") purchased and financed a home in 2007. Presently before the Court is a Motion by Defendants First Franklin Financial Corporation, Home Loan Services, Inc., Mortgage Electronic Registration Systems, Inc., Merrill Lynch and Co., Inc., Merrill Lynch First Franklin Mortgage Loan Trust 2007-2, and First Franklin Mortgage Trust 2007-2 ("Defendants") to Dismiss the claims alleged against them in Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has failed to timely file an opposition.

1

Pursuant to Local Rule 230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  The date of the hearing on motion was set for January 13, 2011.  Fourteen (14) days prior to the hearing was December 31, 2010.  Even accounting for the Court holiday, no opposition was filed as required.

In light of the fact that no opposition was filed by Plaintiff, Defendants' Motion to Dismiss[1] (ECF No. 18) is GRANTED with leave to amend.

As a result of the failure to respond to this Motion, within ten (10) days from the date this Memorandum and Order is electronically filed, Plaintiff's counsel shall either (1) personally pay sanctions in the amount of $250.00 to the Clerk of the Court[2], or (2) show good cause for the failure to comply with Local Rule 230(c).  Plaintiff may file an amended complaint not later than twenty (20) days after the date this Memorandum and Order is filed electronically.

///
///
///
///
///
///
///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

[2] The Court is authorized to impose sanctions for failure to comply with the Local Rules.  E.D. Cal. Local Rule 110.

If no amended complaint is filed within said twenty (20)-day period, without further notice, Plaintiff's claims will be dismissed without leave to amend.

IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE